**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAYLYN MARIE CUNNINGHAM,

    Plaintiff,

                              CASE NO.: 8:23-cv-2925-CEH-TGW

    v.

EQUIFAX INFORMATION
SERVICES LLC,

    Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC**

    COMES NOW Plaintiff, JAYLYN MARIE CUNNINGHAM, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this April 8th, 2024.

        **/s/ Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #: 0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers, PLLC
        412 E. Madison St. Ste 916
        Tampa, Florida 33602
        Cell: (813) 299-8537
        Facsimile: (844) 951-3933
        Primary Email:
        Tav@theconsumerlawyers.com
        Secondary Email:
        Lisa@theconsumerlawyers.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 8th day of April, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #: 0338620
        The Consumer Lawyers, PLLC
        *Attorney for Plaintiff*